Judge: Judge Aron  
Case Name: Calvin Oneal Suiter & Gilda D. Suiter  
Case Number: B-10-80951  
Hearing Date: 04/14/11                                              Prepared by: J.P.  
Application For: Fee - Attorney for Debtor (Adversary)

AMOUNT REQUESTED

| Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|
| Edward Boltz | Attorney | | | 350.00 |
| Total Fees | | 0.00 | | 350.00 |
| Expenses | | | | 5.71 |
| Total Fees and Expenses Requested | | | | 355.71 |

RECOMMENDATION and COMMENTS  
__X__ 1. All time and charges appear necessary and proper.  
__ __ 2. Other:  
1. This adversary an adverdary proceeding to strip second mortgage 10-9004

AMOUNT RECOMMENDED

| Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|
| Edward Boltz | Attorney | | | 350.00 |
| Total Fees | | 0.00 | | 350.00 |
| Expenses | | ======== | | 5.71 |
| Total Fees and Expenses Recommended | | | | 355.71 |

SUMMARY  
  Professional fees                                              350.00  
  Costs and expenses                                       5.71  

  Total fees and expenses                             355.71  
  Less:  

  Balance due                                             355.71

OTHER COMMENTS/RECOMMENDATIONS:

                                                 s/Michael West  
Date Reviewed: 04/08/11                     Bankruptcy Administrator